# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARIEL MORALES BRACHO,

Plaintiff,

v.

BELLAGIO HOTEL AND CASINO, et al.,

Defendants.

Case No. 2:18-cv-02398-RFB-CWH

**ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE CAM FERENBACH**

## I.    INTRODUCTION

Before the Court for consideration is the Report and Recommendation of the Honorable Cam Ferenbach, United States Magistrate Judge, entered March 6, 2019. (ECF No. 18). For the reasons discussed below, the Report and Recommendation is adopted in full.

## II.    DISCUSSION

The Court concurs with the Report's recommendation to dismiss this action for failure to comply with this Court's orders. Plaintiff did not file a substantive objection to the findings of the Report. Instead, Plaintiff has filed unresponsive "motions" (ECF Nos. 19 and 20) which repeat his various accusations against several individuals and entities.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. Id. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to

object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985).

A court may dismiss an action, with prejudice, based on a party's failure to prosecute an action, failure to obey a court order, or failure to comply with local rules. Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995) (dismissal for noncompliance with local rule); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint).

The Court finds that the Plaintiff has failed to comply with the orders of the Court. He failed to submit a written evaluation statement prior to the Early Neutral Evaluation session as ordered. (ECF No. 5). He failed to file as ordered a response to the order to show cause, and he failed to appear for the March 6 hearing. He has offered no direct or intelligible response to the Report or its findings. The Court further finds that Plaintiff has not demonstrated any indication or willingness to comply with this Court's orders in the future. The Court therefore concurs with the Report and finds the only appropriate sanction to be the dismissal of this case for failure to comply with this Court's orders.

### III. CONCLUSION

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 18) is ADOPTED in full. This case is DISMISSED. All outstanding motions are DENIED without prejudice as moot. The Clerk of Court is ordered to close this case.

DATED: April 8, 2019.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**